BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3518

Counsel for Defendant LEONARD DEW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4-08-70488 WDB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER RESETTING |
| ) | DATE FOR PRELIMINARY HEARING |
| vs. ) | |
| ) | |
| LEONARD DEW, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

　　　　IT IS HEREBY STIPULATED between the plaintiff through its attorney, Maureen Bessette, and the defendant through his attorney Ned Smock, that the preliminary hearing in this matter now set for August 14, 2008 at 10:00 a.m. shall be reset for September 10, 2008 at 10:00 a.m. The parties are engaged in discussions about possible resolution of the case. Additional time is needed to perform investigation and research as those discussions continue. Defendant Dew and his counsel waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 20 days of his initial appearance and 18 U.S.C. § 3161(b) requiring an indictment to be filed within thirty days from the date of arrest.

Stip and Order　　　　　　　　　　　　　　　　1

1  IT IS SO STIPULATED:

2  Dated: August 13, 2008                           /s/ Ned Smock
                                                    NED SMOCK
3                                                   Assistant Federal Public Defender

4

5  Dated: August 13, 2008                           /s/ Maureen Bessette
                                                    MAUREEN BESSETTE
6                                                   Assistant United States Attorney

7
   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
8  "conformed" signatures (/S/) within this e-filed document.

9
                                            **ORDER**
10
       GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary
11
   hearing in this matter now scheduled for August 14, 2008 is hereby rescheduled for
12
   September 10, 2008 at 10:00 a.m.
13

14
   Dated: August 13, 2008                           /s/ Wayne D. Brazil
15                                                  HONORABLE WAYNE D. BRAZIL
                                                    United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

Stip and Order                                      2